## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **CR. NO. 06-00176-CG** |
| ) | |
| **RODERICK WASHINGTON,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

This matter is before the court on the United States' Motion to Dismiss Superseding Indictment filed on February 5, 2007 (Doc. 389).

Upon due consideration and pursuant to Fed.R.Crim.P. 48(a), such motion hereby is **GRANTED**. It, therefore, is **ORDERED** that the Superseding Indictment filed on August 31, 2006 against defendant Roderick Washington is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 5th day of February, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE